AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JANE BUEHLER,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

KENETITEC CORPORATION, a Nevada Corporation; PETER J. FRUGONE; JACK McCONNAUGHY, and JOHN MAROZZI,

CASE NUMBER: CV-07-198-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff against Defendants Peter Frugone, Jack McConnaughy, and John Marozzi, jointly and severally, in the amount of $821,198.18, plus post-judgment interest accruing at a rate of 12 percent per annum from the date of Judgment until paid in full, pursuant to the Order Memorializing the Parties' Agreement and Entering Judgment Against the Individual Defendants entered on September 12, 2008, Ct. Rec. 103.

September 17, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas